UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALMOTAZ ALSHAZLI,

    Plaintiff,

v.

AMERICAN SEAFOODS COMPANY, LLC, et al.,

    Defendants.

Case No. C04-1684L

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANT AMERICAN SEAFOODS COMPANY, LLC , and on behalf of PLAINTIFF in the amount of $3,777.09  as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   FILING FEE | $150.00 | 0 | $150.00 |
| II.  TRIAL EXHIBITS | $117.74 | 0 | $117.74 |
| III. INTERPRETER FEES | $1,588.40 | $1,066.00 | $522.40 |

Clerk allowed fees and expenses for time spent interpreting during the plaintiff's actual trial testimony. Costs incurred for interpreting for plaintiff and his counsel are not taxable.

| IV. DEPOSITION COSTS | $5,114.95 | $2,346.00 | $2,768.95 |

Clerk allowed costs for depositions used by either party at trial.

| V.   WITNESS FEES | $268.00 | $50.00 | $218.00 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VI.  COPY COSTS | $473.65 | $473.65 | 0 |

VII  PREJUDGMENT INTEREST

Dispute over the appropriate prejudgment interest is not an issue of costs and would have to be presented to Chief Judge Lasnik for his consideration.

Dated this ____28th____ day of DECEMBER, 2005 .


    S/ BRUCE RIFKIN
Bruce Rifkin, Clerk
U. S. District Court

TAXATION OF COSTS -- 2